# EXHIBIT A

# John Richard Bender
Economist
Antitrust Division, U.S. Department of Justice

Address:  Liberty Square Building          Phone: (202) 307-6620
          450 5th Street N.W., Ste. 9428    Cell:    (202) 509-6875
          Washington, D.C. 20530            E-mail: john.bender@usdoj.gov

<u>Education</u>

Ph.D. Economics (1985), M.A. Economics (1978), University of Chicago, Chicago, Illinois.

M.S. (Ph.D. ABD) Computing and Information Science (1969), B.S. Engineering (1967), Case Western Reserve University, Cleveland, Ohio.

Ph.D. Dissertation: "Technology, Unskilled Labor and the Decline of New England Cotton Textiles," committee chairperson: Prof. James Heckman.

<u>Areas of Specialization</u>

- Markets for military goods and services—top-secret security clearance.
- Financial markets—derivatives, stock, government securities, IPOs.
- Commodities markets—London Metals Exchange and Chicago Mercantile Exchange.
- Fishing quotas—work with the National Oceanographic and Atmospheric Administration (NOAA).
- Expert witness in eight price fixing trials (five of which were bid-rigging cases)—military household goods, road paving, thrash disposal, fish processors.
- Calculated damages for numerous cases—auto parts, drugs, construction.

<u>Work Experience</u>

October 1982 to present: Economist, Economic Analysis Group, Antitrust Division, U.S. Department of Justice, Washington, D.C.   I work with legal staff in conducting investigations for possible violations of the antitrust laws.  This includes providing economic advice on investigations into mergers, price fixing cases, regulatory proposals, and policy matters.  From time to time, I assist other agencies of the government estimating damages in court actions and give advice for regulatory proposals.  From 1990 to April 2009, I had supervisory responsibility for research analysts and interns, providing research support to the economists in the Economic Analysis Group.

March 2010 to June 2010: worked for the World Bank as resident advisor in Astana, Kazakhstan at the Agency for Competition Protection.  I provided advice on competition policy relating to reforms for their competition law.  Provided advice on issues related to investigations undertaken by the Agency and taught seminars on competition.  I wrote a

1

paper on termination fees for wireless phones and wrote background papers analyzing legislative proposals for the Kazakhstan Parliament.

January 2003 to May 2003: Team-taught a seminar on Public Policy for Antitrust and Regulation at Gettysburg College in Gettysburg, Pennsylvania. This class was for undergraduate students majoring in economics or public policy.

February 1997 to August 1997: Assignment as a USAID competition advisor to the regional office of the Russian Federal Antimonopoly Services, Perm, Russia. I provided advice to the staff on the conduct of investigations, disposition of judgments, and taught principles of competition in market economics. Conducted seminars on antimonopoly enforcement for regional offices of the FAS.

May 1992 to December 1992 and September 1993 to April 1994: Assignment as a USAID advisor to the Antimonopoly Office of Poland. I provided advice to the staff on investigations, changes to their competition law, and regulation of natural monopolies. Also conducted week long competition seminars for OECD in Kiev, Ukraine and Minsk, Belarus, and a USAID mission to Kaliningrad, Russia

September 1975 to September 1982: Student in economics Ph.D. program at the University of Chicago, concentrating on Industrial Organization and Economic History.

October 1974 to September 1975: Senior Systems Programmer for Berkeley Scientific Laboratories in Hayward, California. Programming supervisory for development of software used in hospital pathology laboratories.

March 1973 to July 1974: Engineering consultant for Control Data Corporation, in Rockville, Maryland and New York City. I worked on the design and development of computer terminals used for selling lottery tickets and fare-card machines for the Washington D.C. Metro.

August 1969 to February 1973: Research Engineer for the Artificial Intelligence Center at SRI International in Menlo Park, California. I worked as an operating systems programmer and as a researcher developing vision technology for use on robots.

Papers

Critique of the Law on Competition of the Republic of Kazakhstan, World Bank, April 2010.

Recommendation for regulation of mobile phone termination fees in Kazakhstan, World Bank, June 2010.

<u>Economic Expert Testimony</u>

United States v. Allegany Bitumens, Buffalo, NY, January 1987.

United States v. AAA Transfer et al., Pensacola, FL, June 1988.

United States v. Bestway Disposal Corp, et al., Rochester, NY, October 1988.

United States v. AAA Transfer et al., Pensacola, FL, June 1989.

United States v. Allen's Moving and Storage, New Bern, NC, April 1990.

United States v. Donald Eugene Ryans, Oklahoma City, OK, December 1990.

United States v. Samuel Hinote, Jackson, MS, May and July 1993.