UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA           CASE NO. 17-80204-CR

vs.

Avi Stern                                                    /

### MINUTES - CHANGE OF PLEA

On 11/9/18 the above named defendant appeared in person before the Honorable Kenneth A. Marra, United States District Judge, with Jeffrey Neiman, Bobby Burchfield counsel appointed by the Court and/or retained by the defendant, and said defendant stated in open court that he/she desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) One, of the Indictment/~~Information~~.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

( ) ~~The Court proceeded to pronounce sentence. (See J&C)~~
(✓) The Court postponed sentencing until 2/1/19 @ 9:30AM
(✓) The defendant was allowed to remain on bond until sentencing.
( ) The defendant was remanded to the custody of the U. S. Marshal until a _____ bond in the amount of $_____ is approved and posted.
( ) The defendant was remanded to the custody of the U. S. Marshal awaiting sentencing.

U.S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

AUSA James Attridge             Interpreter _____
     Yusong Huang
     Ryan Tansey

Court Reporter  Stephen Franklin      Courtroom Deputy  Irene Ferrante

Time in Court: :35